```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNMARIE BURTULATO,<br><br>             Plaintiff,<br><br>        v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>             Defendants. | CASE NO. C 06 1821 JSW<br><br>Before the Honorable JEFFREY S. WHITE<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  July 7, 2006<br>Conference Time:  1:30 PM<br>Location:           Courtroom 2, 17th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 7, 2006 Case Management Conference ("CMC") to  December 22, 2006 , at 1:30 p.m.    . In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2  calendar days before the CMC, pursuant to this Court's Standing Order. Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.
3  **IT IS SO ORDERED.**
4  DATED: June 28, 2006
5  _____
   Honorable JEFFREY S. WHITE
   United States District Court Judge